UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLEVELAND NEAL,

        Plaintiff,                           Case no. 07-10671
                                                   Hon. John Corbett O'Meara

v.

JOYCE ANSPAUGH-KISNER, et al.,

        Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE MORGAN'S
REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge Morgan's Report and Recommendation, filed January 22, 2008, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted in its entirety by this Court.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss or for Summary Judgment (#22), filed August 20, 2007, is GRANTED in accordance with the Report and Recommendation.

IT IS FURTHER ORDERED that Defendant Ryan Beekman's Motion for Summary Judgment (#35), filed October 08, 2007, is GRANTED.

IT IS FURTHER ORDERED that the claims against Defendants Michigan Department of Corrections and Maureen Nelson are HEREBY DISMISSED sua sponte, and the case be

DISMISSED in its entirety in accordance with the Report and Recommendation.

SO ORDERED.

s/John Corbett O'Meara<br>United States District Judge

Date: February 22, 2008

Certificate of Service

I hereby certify that the foregoing order was served upon the parties of record on February 22, 2008, by electronic and/or U.S. mail.

s/William Barkholz<br>Case Manager